UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ANTONE WILSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO.: 3:20-cv-00053-RLY-MPB |
| v. | ) |
| | ) |
| OZARK AUTOMOTIVE | ) |
| DISTRIBUTORS, INC. d/b/a O'REILLY | ) |
| AUTO PARTS | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The Court, having considered the *Stipulation of Dismissal With Prejudice* filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties responsible for their own attorneys' fees and costs.

Dated:  2/22/2021

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

All counsel of record.